FILED

08 MAY 14 PM 3:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIO CESAR NUNEZ-GOMEZ,<br><br>　　　　Defendant. | Criminal Case No. '08 CR 1559 H<br><br>**I N D I C T M E N T**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing<br>in Illegal Aliens Without<br>Presentation |

The grand jury charges:

### Count 1

On or about May 2, 2008, within the Southern District of California, defendant JULIO CESAR NUNEZ-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Miguel Angel Alaniz-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

RSK:fer:San Diego
5/12/08

Count 2

On or about May 2, 2008, within the Southern District of California, defendant JULIO CESAR NUNEZ-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Miguel Angel Alaniz-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 3

On or about May 2, 2008, within the Southern District of California, defendant JULIO CESAR NUNEZ-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Esther Mata-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

## Count 4

On or about May 2, 2008, within the Southern District of California, defendant JULIO CESAR NUNEZ-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Esther Mata-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## Count 5

On or about May 2, 2008, within the Southern District of California, defendant JULIO CESAR NUNEZ-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cristobal Salazar-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

## Count 6

On or about May 2, 2008, within the Southern District of California, defendant JULIO CESAR NUNEZ-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cristobal Salazar-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: May 14, 2008.

A TRUE BILL:

_/s/_ Foreperson

KAREN P. HEWITT
United States Attorney

By: _/s/_
REBECCA S. KANTER
Assistant U.S. Attorney