WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witnesses:   MIGUEL ANGEL ALANIZ MORALES
MARIA ESTHER MATA MARTINEZ
CRISTOBAL SALAZAR FLORES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 08 CR 1559 H |
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION AND MOTION FOR ) VIDEOTAPED DEPOSITION OF ) MATERIAL WITNESSES MIGUEL ANGEL ) ALANIZ MORALES, MARIA ESTER MATA |
| JULIO CESAR NUNEZ GOMEZ, | ) MARTINEZ AND CRISTOBAL SALAZAR ) FLORES |
| Defendant. | ) ) DATE: 6/10/08 ) TIME: 2:00 p.m. DEPT: Porter |

PLEASE TAKE NOTICE that on June 10, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard, material witnesses MIGUEL ANGEL ALANIZ MORALEZ , MARIA ESTHER ALANIZ MORALES and CRISTOBAL SALAZAR FLORES  (hereafter "Material Witnesses") by and through his counsel, Wayne C. Mayer will bring a motion for a court order to take the Material Witnesses' videotaped deposition.

/////

/////

## MOTION

Material Witnesses, pursuant to Federal Rules of Criminal Procedure, Rule 15, and Title 18 U.S.C. sec. 3144, hereby moves this court for an order to take their deposition by videotape and release them at the conclusion of the deposition. If the Court denies this motion, then Material Witnesses further requests the United States Attorney's office provide the witnesses with a Statement of Reasons in Support of Custody in accordance with Federal Rules of Criminal Procedure, Rule 46(g).

This motion is based upon this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of Wayne C. Mayer, the files and records in the above entitled cause, and any and all other information brought to the Court's attention prior to or during the hearing on this motion.

Dated:  May 22, 2008                                    Respectfully submitted,


                                                        s/ Wayne C. Mayer
                                                        Wayne C. Mayer
                                                         Attorney for Material Witnesses
                                                        MIGUEL ANGEL ALANIZ MORALES
                                                        MARIA ESTHER MATA MARTINEZ
                                                        CRISTOBAL SALAZAR FLORES