**PROOF OF SERVICE**

Case Name:   U.S.A. vs. JULIO NUNEZ GOMEZ

Case Number: 08 CR 1559 H

I am employed in the County of San Diego, State of California and over the age of eighteen years.  I am not a party to the within action.  My business address is 4619 Van Dyke Avenue, San Diego, California 92116.

I served the document(s) listed below on opposing counsel by causing to be delivered a efile copy thereof to the office of the Clerk, 880 Front Street, San Diego, California 92189 and served by personal delivery on the parties listed herein.

Date Served:  May 22, 2008
Documents Served:
- NOTION OF MOTION AND MOTION FOR VIDEO TAPED DEPOSITION OF MIGUEL ANGEL ALANIZ MORALES, MARIA ESTER MATA MARTINEZ, and CRISTOBAL SALAZAR FLORES;
- POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESSES MIGUEL ANGEL ALANIZ MORALES, MARIA ESTER MATA MARTINEZ, and CRISTOBAL SALAZAR FLORES MOTION FOR VIDEO TAPED DEPOSITION;
- DECLARATION OF WAYNE C. MAYER IN SUPPORT OF MATERIAL WITNESSES MIGUEL ANGEL ALANIZ MORALES, MARIA ESTER MATA MARTINEZ, and CRISTOBAL SALAZAR FLORES MOTION FOR VIDEO TAPED DEPOSITION;
- ORDER  VIDEO TAPED DEPOSTION OF MATERIAL WITNESSES MIGUEL ANGEL ALANIZ MORALES, MARIA ESTER MATA MARTINEZ, and CRISTOBAL SALAZAR FLORES;
- PROOF OF SERVICE.

Parties Served:   Rebecca Cantor, Assistant United States Attorney; Karen P. Hewitt, United States Attorney
I also caused an additional copy to be served by email and fax on the attorney(s):

Candis_mitchell@fd.org
Candis Lea Mitchell, Esq.                    Fax: 619-687-2666
Federal Defenders, Inc.
225 Broadway, Ste. 900
San Diego, CA 92101

Efile.dkt.gc2@usdoj.gov
Rebecca Cantor, Esq.                          Fax: 619-235-2757
Assistant United States Attorney
880 Front Street, Fifth Floor
San Diego, CA 92101

Dated: May 22, 2008                                  s/Wayne C. Mayer
                                                     Wayne C. Mayer

08 CR 1559 H