```
 1  KAREN P. HEWITT
    United States Attorney
 2  Rebecca Kanter
    Assistant U.S. Attorney
 3  California State Bar No. 230257
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6747 / Fax: (619) 235-2757
    Email: Rebecca .Kanter@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1559 |
| --- | --- | --- | --- |
| 12 | Plaintiff, | ) ) | NOTICE OF APPEARANCE |
| 13 | v. | ) ) | |
| 14 | Julio Cesar Nunez-Gomez | ) ) | |
| 15 | Defendant. | ) ) | |

16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24  activity in this case:

25      <u>Name</u> (If none, enter "None" below)

26      None.

27  //

28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: May 23, 2008

                         Respectfully submitted,

                         KAREN P. HEWITT
                         United States Attorney

                         /s/ *Rebecca S. Kanter*
                         REBECCA S. KANTER
                         Assistant United States Attorney
                         Attorneys for Plaintiff
                         United States of America
                         Email: Rebecca.Kanter@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Julio Cesar Nunez-Gomez<br><br>　　　　　Defendant. | Criminal Case No. 08cr1559<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1. Candis Mitchell

　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on May 23, 2008　　　　　　　　　/s/ *Rebecca S. Kanter*
　　　　　　　　　　　　　　　　　　　　　　　　REBECCA S. KANTER
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney