# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff

      vs.

Julio Cesar Nunez-Gomez

      Defendant(s)

CRIMINAL NO. 08CR1559-H

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Miguel Angel Alaniz-Morales

DATED: 6/26/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
           DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
           Deputy Clerk